UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                **NOTICE OF PRE-TRIAL MOTIONS**

        Plaintiff,

      -against-

                **Docket No.  06-CR-6091**

DARYL SESSION

        Defendant.
_____

**TO:   HON. MARIAN W. PAYSON**
       **FEDERAL MAGISTRATE JUDGE**
       **WESTERN DISTRICT OF NEW YORK**
       **U.S. COURTHOUSE**
       **100 STATE STREET**
       **ROCHESTER, NY  14614**

       **DOUGLAS E. GREGORY, ESQ.**
       **ASSISTANT UNITED STATES ATTORNEY**
       **U.S. ATTORNEY'S OFFICE**
       **100 STATE STREET, ROOM 620**
       **ROCHESTER, NY  14614**

      **PLEASE TAKE NOTICE** that upon the annexed affirmation of David J. Seeger, Esq., dated October 10, 2006, an application is hereby made to this Court to grant pre-trial relief as more particularly described in the annexed Affirmation, and to grant such other and further relief as to the Court may seem just and proper.

DATED:     Buffalo, New York
           October 10, 2006

                                      Yours, etc.,

                                      s/David J. Seeger, Esq.
                                      DAVID J. SEEGER, ESQ.
                                      LEIGH E. ANDERSON, ESQ.
                                      *Attorneys for Defendant*
                                      69 Delaware Avenue, Suite 1100
                                      Buffalo, New York  14202
                                      716-856-1536
                                      david.seeger@davidseegerlaw.net